CUEVAS, DEMANDANTE Y APELADO, *v.* CARTAGENA, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en un caso de *habeas corpus.*

MOCIÓN del apelado para que se desestime la apelación.

No. 1170.—Resuelto en junio 23, 1914.

HABEAS CORPUS—DESESTIMACIÓN DE APELACIÓN—RADICACIÓN DE LA TRANSCRIPCIÓN DE AUTOS.—El hecho de que la parte apelante en un caso de *habeas corpus* no haya radicado la transcripción de autos en el Tribunal Supremo, no es motivo para desestimar la apelación a instancia de la parte apelada, pues de acuerdo con la ley sobre *habeas corpus* de marzo 12, 1903, no es el apelante, sino el juez o tribunal apelado, el que tiene el deber de remitir los autos al Tribunal Supremo.

Los hechos están expresados en la opinión.

Abogado del apelado: Sr. *Fernando Fornaris.*

El apelante no compareció.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

En el presente caso la parte demandante archivó una moción pidiendo a este tribunal que desestime el recurso de apelación interpuesto contra la resolución final dictada en el mismo por la Corte de Distrito de Ponce.

Se trata de un caso de *habeas corpus* y la moción de desestimación se basa en que el demandado no ha registrado a su debido tiempo la transcripción de los autos en la Secretaría de este Tribunal Supremo. El demandante invoca en apoyo de su petición la sección 295 del Código de Enjuiciamiento Civil.

Opinamos que debe declararse sin lugar la moción, porque las apelaciones en casos de *habeas corpus* se rigen por una ley especial sobre la materia, decretada por la Asamblea Legislativa en 1903, que dispone en su sección 3 que una vez que el recurso sea debidamente interpuesto no quedará anulado por virtud de ningún incidente o acontecimiento que pudiere sobrevenir después de dictada la resolución definitiva, excepción hecha de la muerte del prisionero, y que impone en su sección 4, no al apelante sino al juez o tribunal apelado, el deber de remitir los autos al Tribunal Supremo.

Debe, en su consecuencia, declararse sin lugar la moción solicitando la desestimación del recurso.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.